```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    J. DOUGLAS WILSON (DCBN 412811)
 3  Chief, Criminal Division

 4  EDWARD R. FLUET (CABN 247203)
    Special Assistant United States Attorney
 5
         150 Almaden Boulevard, Suite 900
 6       San Jose, California 95115
         Telephone: (408) 535-5037
 7       FAX: (408) 535-5066
 8       E-mail: edward.fluet@usdoj.gov

 9  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 13-00372 DLJ |
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| HORANDE HERRERA-GONZALEZ, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the Indictment in this case.

DATED: October 30, 2013                    Respectfully submitted,

                                           MELINDA HAAG
                                           United States Attorney


                                           ___/s/_____
                                           J. DOUGLAS WILSON
                                           Chief, Criminal Division

NOTICE OF DISMISSAL (CR 13-00372 DLJ)

Leave is granted to the government to dismiss the Indictment. It is further ordered that the arrest warrant issued in connection with the Indictment is quashed.

Date: _____

_____
D. Lowell Jensen
United States District Court Judge

NOTICE OF DISMISSAL (CR 13-00372 DLJ)